**DISMISSED; Opinion Filed March 12, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00024-CV

**JOHN FOX, Appellant**
**V.**
**MECHANTEK CORPORATION, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14424**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Molberg

Before the Court is the parties' March 7, 2019 agreed motion to dismiss this appeal due to

settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Ken Molberg/
KEN MOLBERG
JUSTICE


190024F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN FOX, Appellant

No. 05-19-00024-CV        V.

MECHANTEK CORPORATION,
Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-14424.
Opinion delivered by Justice Molberg,
Justices Whitehill and Reichek
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 12th day of March, 2019.